### UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

John T Chain Jr

                                    Plaintiff,

v.                                              Case No.: 1:07–cv–06317
                                                Honorable Ronald A. Guzman

Lake Forest Partners, LLC, et al.

                                    Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, November 28, 2007:

     MINUTE entry before Judge Ronald A. Guzman :The Court orders the parties to
appear for an initial status hearing. All parties shall refer to and comply with Judge
Guzman's requirements for the initial appearance as outlined in Judge Guzman';s case
management procedures, which can be found at: www.ilnd.uscourts.gov.Status hearing set
for 1/14/2008 at 09:30 AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.