AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

General John T. Chain, Jr. (USAF, Retired)

V.

LAKE FOREST PARTNERS, LLC,  a Nevada
Corporation; CHRISTOPHER T. FRENCH, ALBERT
J. MONTANO and MARK D. WEISSMAN,  M.D.,

CASE NUMBER:

ASSIGNED JUDGE:

DESIGNATED
MAGISTRATE JUDGE:

## 07 C 6317

JUDGE GUZMAN
MAGISTRATE JUDGE MASON

TO: (Name and address of Defendant)

Albert Montano
Lake Forest Partners, LLC
249 Market Square
Lake Forest, IL 60045

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jonathan M. Cyrluk
Mariah E. Moran
Stetler & Duffy, Ltd.
11 South LaSalle Street, Suite 1200
Chicago, Illinois  60603

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

**Michael W. Dobbins, Clerk**

--------------------------------------------
(By) DEPUTY CLERK

**November 7, 2007**
--------------------------------------------
**Date**

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me(1) | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                        Date                              *Signature of Server*


_____
                              *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# Affidavit of Process Server

_General John T. Chisu Jr._ vs _Lake Forest Partners et_   07CV6317
PLAINTIFF/PETITIONER    DEFENDANT/RESPONDENT    CASE #

_Walter Schwalm_

Being duly sworn, on my oath, I _____ ,
declare that I am a citizen of the United States, over the age of eighteen and not a party to this action.

**Service:** I served _Albert Montano_
NAME OF PERSON/ENTITY BEING SERVED

with the (documents) ☐ Subpoena with $_____ witness fee and mileage

☐ _Summons & Complaint_

_____
_____
_____

by serving (NAME) X _____

at ☐ Home _____

☑ Business _1990 Skokie Blvd. Highland Park, Ill._

☑ on (DATE) ⑦ _12/3/07_ at (TIME) _10:00 A.M._

Thereafter copies of the documents were mailed by prepaid, first class mail on (DATE) _____

from (CITY) _____ (STATE) _____

**Manner of Service:**

☑ By Personal Service.

☐ By leaving, during office hours, copies at the office of the person/entity being served, leaving same with the person apparently in charge thereof,

namely _____

☐ By leaving a copy at the defendant's usual place of abode, with some person of the family or a person residing there, of the age of 13 years or upwards, and informing that person of the general nature of the papers,

namely _____

☐ By posting copies in a conspicuous manner to the address of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Evading    ☐ Other: _still out of office_
☐ Address Does Not Exist    ☐ Service Cancelled by Litigant
☐ Moved, Left no Forwarding    ☐ Unable to Serve in a Timely Fashion _Out of office_

**Service Attempts:** Service was attempted on: ( ① ) _11/16/07_ _11:00 Pm_ ( ② ) _11/19/07_ _12:30 Pm_
_Office closed, no answer_ DATE   TIME _Out of office_ DATE   TIME _No Answer_
( ③ ) _11/20/07_ _10:20 am_ _when I enact_ ( ④ ) _11/21/07_ _4:21 Pm_ ( ⑤ ) _11/23/07_ _7:00 Am_
DATE   TIME _tried residence_    _Not at res._ DATE   TIME   DATE   TIME _At residence_
( ⑥ ) _11/26/07 7:00 Am NO ANSWER_

**Description:**

| | | | | | | |
|---|---|---|---|---|---|---|
| ☑ Male | ☑ White Skin | ☐ Black Hair | ☑ White Hair | ☐ 14-20 Yrs. | ☐ Under 5' | ☐ Under 100 Lbs. |
| ☐ Female | ☐ Black Skin | ☐ Brown Hair | ☐ Balding | ☐ 21-35 Yrs. | ☐ 5'0"–5'3" | ☐ 100-130 Lbs. |
| | ☐ Yellow Skin | ☐ Blond Hair | | ☐ 36-50 Yrs. | ☑ 5'4"–5'8" | ☐ 131-160 Lbs. |
| | ☐ Brown Skin | ☐ Gray Hair | ☑ Mustache | ☑ 51-65 Yrs. | ☐ 5'9"–6'0" | ☑ 161-200 Lbs. |
| ☐ Glasses | ☐ Red Skin | ☐ Red Hair | ☐ Beard | ☐ Over 65 Yrs. | ☐ Over 6' | ☐ Over 200 Lbs. |

OTHER IDENTIFYING FEATURES: _White hair, brown eyes._

_____

State of Illinois    County of Cook

Subscribed and sworn to before me,
a notary public, this ___4___ day of _December_ 20 _07_

_Walter Schwalm_
SERVED BY
**LASALLE PROCESS SERVERS**

NOTARY PUBLIC

OFFICIAL SEAL
**ANDREW RAPHAEL**
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 11-17-2011

**NARPS**

CHARTER MEMBER NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS.