IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GENERAL JOHN T. CHAIN, JR. (USAF, Retired)<br><br>Plaintiff,<br><br>LAKE FOREST PARTNERS, LLC, a Nevada Corporation; CHRISTOPHER T. FRENCH, ALBERT J. MONTANO and MARK D. WEISSMAN, M.D.,<br><br>Defendants. | Case No. 07 C 6317<br><br>Honorable Ronald A. Guzman |

### DEFENDANTS' MOTION FOR LEAVE TO FILE AN APPEARANCE INSTANTER AND EXTENSION OF TIME WITHIN WHICH TO FILE A RESPONSIVE PLEADING

Defendants, Lake Forest Partners, LLC and Christopher T. French, by and through their undersigned attorneys with Aronberg Goldgehn Davis & Garmisa, move for an extension of time within which to file their responsive pleading. In support of its motion, Defendants state as follows:

1. This matter arises out of several alleged loans to fund the marketing and partnership activities relating to the fund-raising for the purchase and development of a resort in the Bahamas.

2. Because this matter involves the complexities of several financial transactions and alleged misrepresentations, and, additionally, the holiday and vacation season for several parties and counsel, Defendants require an additional 45 days to investigate these claims and prepare an appropriate responsive pleading.

WHEREFORE, Defendants, Lake Forest Partners, LLC and Christopher T. French, respectfully request that this Honorable Court grant them leave to file an appearance, *instanter,* and an extension of time—through and including January 28, 2008 in which to file a responsive pleading.

Respectfully submitted,

LAKE FOREST PARTNERS, LLC and
CHRISTOPHER T. FRENCH

By:   s/ John M. Riccione
               One of their attorneys

John M. Riccione, Esq.
Paul A. Greenberg, Esq.
Jillian S. Cole, Esq.
ARONBERG GOLDGEHN DAVIS & GARMISA
330 North Wabash Avenue – Suite 3000
Chicago, Illinois 60611
312-828-9600
30375

465100.v1