IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GENERAL JOHN T. CHAIN, JR. (USAF, Retired)<br><br>Plaintiff,<br><br>LAKE FOREST PARTNERS, LLC, a Nevada Corporation; CHRISTOPHER T. FRENCH, ALBERT J. MONTANO and MARK D. WEISSMAN, M.D.,<br><br>Defendants. | Case No. 07 C 6317<br><br>Honorable Ronald A. Guzman |

## NOTICE OF MOTION

TO:   Jonathan M. Cyrluk
      Mariah E. Moran
      Stetler & Duffy, Ltd.
      11 South LaSalle Street, Suite 1200
      Chicago, Illinois 60603

PLEASE TAKE NOTICE that on **December 18, 2007** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Ronald A. Guzman or any judge sitting in his stead, in the courtroom usually occupied by him, in Room 1219 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached **Defendant's Motion for Leave to File an Appearance Instanter and Extension of Time Within Which to File a Responsive Pleading.**

LAKE FOREST PARTNERS, LLC and
CHRISTOPHER T. FRENCH

By: s/ John M. Riccione
One of their attorneys

John M. Riccione, Esq.
Paul A. Greenberg, Esq.
Jillian S. Cole, Esq.
ARONBERG GOLDGEHN DAVIS & GARMISA
330 North Wabash Avenue – Suite 3000
Chicago, Illinois 60611
312/828-9600
30375

## CERTIFICATE OF SERVICE

      John M. Riccione, an attorney, on oath states that he caused copies of the foregoing Motion to be served upon all Filing Users in accordance with the General Order on Electronic Case Filing and Local Rule 5.9.

      s/ John M. Riccione

465120.v1