# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

John T Chain Jr

                    Plaintiff,

v.                                            Case No.: 1:07−cv−06317
                                              Honorable Ronald A. Guzman

Lake Forest Partners, LLC, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, December 14, 2007:

      MINUTE entry before Judge Ronald A. Guzman :Motion by Defendants Lake Forest Partners, LLC, Christopher T. French for leave to file an Appearance Instanter and for Extension of Time Within Which to File a Responsive Pleading to and including 1/28/08 [13] is granted. Status hearing set 1/14/08 is reset to 2/1/2008 at 09:30 AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.