U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                    Case Number: 07 C 06317

GENERAL JOHN T. CHAIN, JR.
v.
LAKE FOREST PARTNERS, LLC, CHRISTROPHER T. FRENCH, MARK D. WEISSMAN, and ALBERT J. MONTANO

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

LAKE FOREST PARTNERS, LLC
CHRISTOPHER T. FRENCH

| | |
|---|---|
| NAME (Type or print) John M. Riccione | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)   s/ John M. Riccione | |
| FIRM  Aronberg Goldgehn Davis & Garmisa | |
| STREET ADDRESS  330 N. Wabash Avenue, Suite 3000 | |
| CITY/STATE/ZIP  Chicago, Illinois 60611 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)  6209375 | TELEPHONE NUMBER  312-828-9600 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.  RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |