THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GENERAL JOHN T. CHAIN, JR., )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LAKE FOREST PARTNERS, LLC, et al. )<br>)<br>Defendant. ) | Case No.: 07 C 6317 |

## NOTICE OF FILING

PLEASE TAKE NOTICE that on December 18, 2007, we filed in the United States District Court for the Northern District of Illinois, Eastern Division, the attached **Appearance of John M. Riccione, on behalf of Lake Forest Partners, LLC and Christopher T. French.**

                                        LAKE FOREST PARTNERS, LLC
                                        CHRISTOPHER T. FRENCH

                                        By: s/ John M. Riccione
                                                      One of their attorneys

John M. Riccione, Esq.
Paul A. Greenberg, Esq.
Jillian S. Cole, Esq.
Attorneys for Defendants
ARONBERG GOLDGEHN DAVIS & GARMISA
330 North Wabash Avenue
Suite 3000
Chicago, Illinois 60611
312/828-9600

## CERTIFICATE OF SERVICE

    John M. Riccione, an attorney, on oath certifies that he served a copy of the foregoing Appearance on all Filing Users in accordance with the General Order on Electronic Case Filing and Local Rule 5.9

s/ John M. Riccione

465626.v1