THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GENERAL JOHN T. CHAIN, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.: 07 C 6317 |
| ) | |
| LAKE FOREST PARTNERS, LLC, et al. ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING

    PLEASE TAKE NOTICE that on December 18, 2007, we filed in the United States District Court for the Northern District of Illinois, Eastern Division, the attached **Appearance of Paul A. Greenberg, on behalf of Lake Forest Partners, LLC and Christopher T. French.**

                                                   LAKE FOREST PARTNERS, LLC
                                                   CHRISTOPHER T. FRENCH

                                                   By: s/ Paul A. Greenberg
                                                           One of their attorneys

John M. Riccione, Esq.
Paul A. Greenberg, Esq.
Jillian S. Cole, Esq.
Attorneys for Defendants
ARONBERG GOLDGEHN DAVIS & GARMISA
330 North Wabash Avenue
Suite 3000
Chicago, Illinois 60611
312/828-9600

## **CERTIFICATE OF SERVICE**

      Paul A. Greenberg, an attorney, on oath certifies that he served a copy of the foregoing Appearance on all Filing Users in accordance with the General Order on Electronic Case Filing and Local Rule 5.9

s/ Paul A. Greenberg

465626.v1