THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GENERAL JOHN T. CHAIN, JR.,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| vs.   ) | Case No.: 07 C 6317 |
| ) | |
| LAKE FOREST PARTNERS, LLC, et al.   ) | |
| ) | |
| Defendant.   ) | |

## NOTICE OF FILING

    PLEASE TAKE NOTICE that on December 18, 2007, we filed in the United States District Court for the Northern District of Illinois, Eastern Division, the attached **Appearance of Jillian S. Cole, on behalf of Lake Forest Partners, LLC and Christopher T. French.**

                                                LAKE FOREST PARTNERS, LLC
                                                CHRISTOPHER T. FRENCH

                                                By: s/ Jillian S. Cole
                                                           One of their attorneys

John M. Riccione, Esq.
Paul A. Greenberg, Esq.
Jillian S. Cole, Esq.
Attorneys for Defendants
ARONBERG GOLDGEHN DAVIS & GARMISA
330 North Wabash Avenue
Suite 3000
Chicago, Illinois 60611
312/828-9600

## CERTIFICATE OF SERVICE

      Jillian S. Cole, an attorney, on oath certifies that she served a copy of the foregoing Appearance on all Filing Users in accordance with the General Order on Electronic Case Filing and Local Rule 5.9

                                          s/ Jillian S. Cole

465629.v1