THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GENERAL JOHN T. CHAIN, JR. (USAF, Retired), | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07 C 6317 |
| v. | ) ) | Honorable Ronald A. Guzman |
| LAKE FOREST PARTNERS, LLC, a Nevada Corporation; CHRISTOPHER T. FRENCH, ALBERT J. MONTANO and MARK D. WEISSMAN, M.D., | ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   See attached Service List.

     PLEASE TAKE NOTICE that on Thursday, January 3, 2008, at 9:30 a.m., we shall appear before the Honorable Ronald A. Guzman, in Room 1219 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and present the attached Plaintiff's Motion for Summary Judgment and Plaintiff's Statement of Material Facts pursuant to Local Rule 56.1, copies of which is hereby served upon you.

## CERTIFICATE OF SERVICE

     I, Jonathan M. Cyrluk, an attorney, certify that I caused a copy of this Notice of Motion, with the attached Plaintiff's Motion for Summary Judgment and Plaintiff's Statement of Material Facts Pursuant to Local Rule 56.1 to be filed with the Clerk of the Court and served via the Court's CM/ECF system or as otherwise indicated on the attached service list, this 20th day of December, 2007.

                                            By:   /s/ Jonathan M. Cyrluk
                                                       One of its Attorneys

Jonathan M. Cyrluk
STETLER & DUFFY, LTD.
11 South LaSalle, Suite 1200
Chicago, Illinois 60603
(312) 338-0200

**SERVICE LIST**

**Via CM/ECF**

John Michael Riccione
Aronberg, Goldgehn, Davis & Garmisa
One IBM Plaza, Suite 3000
Chicago, IL 60611-3633

Attorney for Lake Forest Partners, LLC and
Christopher T. French, Defendants

**Via US Mail, First Class Postage Prepaid**

Albert J. Montano
1990 Skokie Boulevard
Highland Park, IL 60035

Scott Weissman
3238 North Lakewood
Chicago, IL 60657