UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| General John T. Chain, Jr. (USAF, Retired), )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Lake Forest Partners, LLC, Christopher T. )<br>French, Albert J. Montano, and Mark D. )<br>Weissman, M.D., )<br>)<br>Defendants. )<br>) | Case No. 07 C 6317<br><br>Judge Guzman<br><br>Magistrate Judge Mason |

## MOTION TO WITHDRAW

Movants, John M. Riccione, Paul A. Greenberg, Jillian S. Cole and the law firm of Aronberg Goldgehn Davis & Garmisa ("Movants"), pursuant to Rule 83.17 of the Local General Rules of the Northern District of Illinois, hereby move for leave to withdraw as counsel for Plaintiff. In support of this motion, Movants state as follows:

1. This action was filed against Defendants for alleged breach of promissory notes.

2. Defendants Lake Forest and French, pursuant to a motion filed on December 13, 2007, and through their attorneys at Aronberg Goldgehn Davis & Garmisa, obtained an extension of time allowing them to file their responsive pleading by January 28, 2008.

3. Since that time Defendants Lake Forest and French have decided to retain other counsel to represent them in this matter.

4. Movants request permission to withdraw for several reasons, including, but not limited to, LR83.51.16 (a)(1)(D) and (F).

5. Movants have given notice of their intention to withdraw and notice of this motion to the Defendants, by Federal Express and e-mail transmission.

5.     In order to avoid prejudice to Defendants' interests, and to permit the retention of new counsel, Movants further request that Defendants be granted a period of at least 21 days to retain counsel and file an appropriate appearance on their behalf.

WHEREFORE, Movants, John M. Riccione, Paul A. Greenberg, Jillian S. Cole and the law firm of Aronberg Goldgehn Davis & Garmisa, respectfully request that this Court grant them each leave to withdraw as counsel for Defendants, grant Defendant at least 21 days to retain new counsel and file an appropriate appearance on its behalf and to grant such further relief as the Court deems just and appropriate.

Dated:  January 28, 2008

Respectfully submitted,

Defendants Lake Forest Partners, LLC, and Christopher T. French

s/ John M. Riccione

John M. Riccione, Esq.
Paul A. Greenberg, Esq.
Jillian S. Cole, Esq.
ARONBERG GOLDGEHN DAVIS & GARMISA
330 North Wabash Avenue, Suite 3000
Chicago, IL 60611
312.828.9600

469642.v1