IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| GENERAL JOHN T. CHAIN, JR. (USAF, Retired)<br><br>　　　　　　　　　　　　Plaintiff,<br><br>LAKE FOREST PARTNERS, LLC, a Nevada Corporation; CHRISTOPHER T. FRENCH, ALBERT J. MONTANO and MARK D. WEISSMAN, M.D.,<br><br>　　　　　　　　　　　　Defendants. | Case No. 07 C 6317<br><br>Honorable Ronald A. Guzman |

## NOTICE OF MOTION

TO:　Jonathan M. Cyrluk
　　　Mariah E. Moran
　　　Stetler & Duffy, Ltd.
　　　11 South LaSalle Street, Suite 1200
　　　Chicago, Illinois 60603

　　　PLEASE TAKE NOTICE that on **January 31, 2008** at **9:30 a.m.**, or as soon thereafter as counsel may be heard, I shall appear before the Honorable Ronald A. Guzman or any judge sitting in his stead, in the courtroom usually occupied by him, in Room 1219 of the U.S. District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached Defendant's **Motion to Withdraw.**

　　　　　　　　　　　　　　　　　　　　LAKE FOREST PARTNERS, LLC and
　　　　　　　　　　　　　　　　　　　　CHRISTOPHER T. FRENCH


　　　　　　　　　　　　　　　　　　　　By: s/ John M. Riccione
　　　　　　　　　　　　　　　　　　　　　　　　One of their attorneys

John M. Riccione, Esq.
Paul A. Greenberg, Esq.
Jillian S. Cole, Esq.
ARONBERG GOLDGEHN DAVIS & GARMISA
330 North Wabash Avenue – Suite 3000
Chicago, Illinois 60611
312/828-9600
30375

## CERTIFICATE OF SERVICE

      John M. Riccione, an attorney, on oath states that he caused copies of the foregoing Motion to be served upon all Filing Users in accordance with the General Order on Electronic Case Filing and Local Rule 5.9.

      s/ John M. Riccione

469654.v1