THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GENERAL JOHN T. CHAIN, JR. (USAF, Retired), | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07 C 6317 |
| v. | ) ) | Honorable Ronald A. Guzman |
| LAKE FOREST PARTNERS, LLC, a Nevada Corporation; CHRISTOPHER T. FRENCH, ALBERT J. MONTANO and MARK D. WEISSMAN, M.D., | ) ) ) ) ) ) | Magistrate Michael T. Mason |
| Defendants. | ) | |

## REPORT OF PARTIES' PLANNING CONFERENCE

Pursuant to this Court's standing orders, attorney Jonathan M. Cyrluk representing Plaintiff and attorney John Riccione representing Defendants, on January 16, 2008, discussed the following: (1) the nature and basis of their claims and defenses; (2) the possibilities for a prompt settlement or resolution of this case; (3) to make or arrange for the disclosures required under Fed. R. Civ. P. 26(a)(1); and (4) to develop a discovery plan.

To that end, the parties propose the following:

    A.    The issues in this case may be simplified by taking the following steps:

        1.    No steps are necessary to further simplify this case.

    B.    The following modifications to the discovery requirements of the Federal Rules of Civil Procedure or Local Rules should be made in order to expedite discovery:

        1.    No modifications are necessary.

    C.    Discovery will be needed on the following subjects:

        1.    The allegations contained in Count III of Plaintiff's Complaint and

    whatever issues are raised by Defendants' answer and affirmative defenses;

  2. The truthfulness of Defendants' representations to Plaintiff at the time Defendants solicited Plaintiff's investment;

  3. Defendants' uses of the money provided by Plaintiff.

D. Discovery should not be conducted in phases.

E. Discovery may be contentious and management of discovery may need to be referred to the Magistrate Judge.

F. The parties consent to this matter being referred to the Magistrate Judge for final disposition.

G. The parties have discussed the possibility of alternative dispute resolution and concluded that the matter is best resolved through the present litigation.

H. The parties have not discussed settlement.

I. The parties are aware of no additional methods of expediting the resolution of this matter.

J. Pursuant to the Court's standing orders, the parties also file their proposed scheduling order.

  WHEREFORE, the parties, by their attorneys, respectfully request that this Court enter a scheduling order, and grant all other just and appropriate relief.

_____  _____
Jonathan M. Cyrluk            John Riccione
STETLER & DUFFY, LTD.         ARONBERG, GOLDGEHN, DAVIS & GARMISA
11 South LaSalle Street          One IBM Plaza, Suite 3000
Suite 1200                Chicago, IL 60611-3633
Chicago, Illinois 60603
Phone: 312-338-0200
Fax: 312-338-0070