# EXHIBIT 1

THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GENERAL JOHN T. CHAIN, JR. (USAF, Retired), | ) ) ) | |
| Plaintiff, | ) ) | Case No.  07 C 6317 |
| v. | ) ) | Honorable Ronald A. Guzman |
| LAKE FOREST PARTNERS, LLC, a Nevada Corporation; CHRISTOPHER T. FRENCH, ALBERT J. MONTANO and MARK D. WEISSMAN, M.D., | ) ) ) ) ) | |
| Defendants. | ) | |

**PROPOSED SCHEDULING ORDER**

I.  Discovery

   The following limits and deadlines shall be applicable:

   A.   All disclosures required by Fed. R. Civ. P. 26(a)(1) shall be made on or before February 15, 2008.

   B.   Any amendments to pleadings or actions to join other parties shall be filed on or before March 30, 2008.

   C.   The cutoff of fact discovery is April 30, 2008.

   D.   The parties do not intend to call expert witnesses.

II.  Motions

   Any dispositive motions to be filed on or before May 15, 2007.

III.  Final Pretrial Order and Conference

   The final pretrial order shall be filed on or before October 16, 2007.

       The final pretrial conference will be held on _____, 2008 at _____.m.

IV.    Trial

       Trial is set in this matter on _____, 2008 at 10:00 a.m.

V.    Status Hearings

       A further status hearing/preliminary pretrial conference should be held on

       _____, 2008 at _____.m.

Dated: _____, 2008     Enter:

                                                                                   _____
                                                                                Honorable Ronald A. Guzman
                                                                                United States District Judge