1

# Jonathan M. Cyrluk

**From:** Jonathan M. Cyrluk
**Sent:** Thursday, January 17, 2008 11:59 AM
**To:** 'jriccione@agdglaw.com'
**Subject:** RE: Chain v. Lake Forest

But, please send him my proposed scheduling order and Rule 26 report.

-----Original Message-----
From: jriccione@agdglaw.com [mailto:jriccione@agdglaw.com]
Sent: Thursday, January 17, 2008 11:56 AM
To: Jonathan M. Cyrluk
Subject: Re: Chain v. Lake Forest

I blind copied him on my note to you.
Sent via BlackBerry by AT&T

-----Original Message-----
From: "Jonathan M. Cyrluk" <jcyrluk@stetleranduffy.com>

Date: Thu, 17 Jan 2008 11:56:06
To:John Riccione <jriccione@agdglaw.com>
Subject: RE: Chain v. Lake Forest


Please forward my email from last night to Dingerson and copy me.  Thanks.



----------------

From: John Riccione [mailto:jriccione@agdglaw.com]
 Sent: Thursday, January 17, 2008 11:53 AM
 To: Jonathan M. Cyrluk
 Subject: RE: Chain v. Lake Forest

Jon,

Mr. French has retained new counsel, Foley & Lardner, who will be substituting in place of
me.  You may contact him directly at:

Daniel A. Dingerson
 Foley & Lardner, LLP
 321 N. Clark St., Ste. 2800
 Chicago, IL 60610-4764
 (312) 832-4538 (direct phone)
 (312) 832-4700 (fax)
 ddingerson@foley.com


Sincerely,

John M. Riccione
Aronberg Goldgehn Davis & Garmisa
330 North Wabash, Suite 3000
Chicago, IL 60611
( voice: (312) 755-3188
7 fax:    (312) 222-6388
*email: jriccione@agdglaw.com <mailto:jriccione@agdglaw.com>
website:  www.agdglaw.com


Confidentiality Notice

1

This electronic transmission and any documents accompanying it may contain confidential information belonging to the sender which is protected by the attorney-client privilege. The information is intended only for the use of the individual named above.  If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or the taking of any action in reliance on the contents of this message is strictly prohibited.  If you have received this transmission in error, please immediately notify us by telephone and permanently delete this message.

IRS Circular 230 Notice

To the extent that this communication concerns federal tax issues, this communication is not intended to be used and cannot be used by any taxpayer to avoid penalties.



----------------

From: Jonathan M. Cyrluk [mailto:jcyrluk@stetleranduffy.com]
 Sent: Wednesday, January 16, 2008 6:44 PM
 To: John Riccione
 Subject: Chain v. Lake Forest [text]
John:

I tried calling you for our mandated Rule 26 conference, but have not yet heard from you. Judge Guzman's standing order states:

At least 14 days before an initial status hearing the parties shall meet to discuss the nature and basis of their claims and defenses and the possibilities for a prompt settlement or resolution of the case. The parties shall also meet to discuss for the arrangement of the disclosures required by Rule 26(a)(1) and to develop a proposed discovery plan. A written report outlining the discovery plan shall be filed with the clerk's office 3 business days before the initial status hearing. Plaintiff is responsible for initiating such a meeting and all parties are required to attend by lead counsel. Failure or refusal to participate in such a meeting or to cooperate in the preparation of the written report may constitute a basis for sanctions. Lead counsel for each party is required to attend the initial status hearing.  The parties shall deliver a copy of the initial status report to the Courtroom Deputy (Room 1218) three business days before the initial status hearing.

Attached are a proposed Rule 26(f) conference report and a proposed Rule 16 order (both in WordPerfect and PDF format).  Please review and call or email with your comments.  I believe, however, that it is better for us to discuss this over the phone.

Jonathan M. Cyrluk
 Stetler & Duffy, Ltd.
 11 S. LaSalle Street
 Suite 1200
 Chicago, Illinois 60603
 Office:   (312) 338-0200
 Direct:   (312) 338-0207
 Fax:      (312) 338-0070
 Email:   cyrlukj@stetleranduffy.com <mailto:cyrlukj@stetleranduffy.com>
This email may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender and delete this email permanently. An unintended recipient may not use this information for any purpose. Thank you.

2

## Jonathan M. Cyrluk

**From:** Jonathan M. Cyrluk
**Sent:** Thursday, January 17, 2008 12:26 PM
**To:** 'ddingerson@foley.com'
**Cc:** 'jriccione@agdglaw.com'
**Subject:** Chain v. Lake Forest Partners

Daniel:

I understand that you now represent Lake Forest and French. Please call me as soon as possible for our Rule 26 conference.

--Jon Cyrluk

Jonathan M. Cyrluk
Stetler & Duffy, Ltd.
11 S. LaSalle Street
Suite 1200
Chicago, Illinois 60603
Office:  (312) 338-0200
Direct:  (312) 338-0207
Fax:     (312) 338-0070
Email:  cyrlukj@stetlerandduffy.com

This email may contain confidential and/or privileged information. If you are not the intended recipient, please notify the sender and delete this email permanently. An unintended recipient may not use this information for any purpose. Thank you.