UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| General John T. Chain, Jr. (USAF, Retired),  )<br>  )<br>  Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>Lake Forest Partners, LLC, Christopher T.  )<br>French, Albert J. Montano, and Mark D.  )<br>Weissman, M.D.,  )<br>  )<br>  Defendants.  )<br>  ) | Case No. 07 C 6317<br><br>Judge Guzman<br><br>Magistrate Judge Mason |

**DEFENDANTS LAKE FOREST PARTNERS, LLC'S
AND CHRISTOPHER T. FRENCH'S MOTION FOR LEAVE
TO APPEAR AND TO FILE THEIR ANSWER, *INSTANTER*__**

Defendants Lake Forest Partners, LLC and Christopher T. French respectfully move this Court for the entry of an order, pursuant to Rule 83.17 of the Local General Rules of the Northern District of Illinois, granting leave for Martin J. Bishop and Daniel A. Dingerson of Foley & Lardner LLP to appear as their counsel in this matter, and leave to file their Answer to Plaintiff's Complaint, *instanter*. In support of their motion, Defendants Lake Forest Partners, LLC ("Lake Forest") and Christopher T. French state as follows:

      1.    Lake Forest and French initially retained John M. Riccione, Paul A. Greenberg, and Jillian S. Cole of Aronberg Goldgehn Davis & Garmisa (the "Aronberg Attorneys") to represent them in this matter. The Aronberg Attorneys filed appearances on behalf of Lake Forest and French.

      2.    Subsequently, on January 28, 2008, the Aronberg Attorneys filed a Motion to Withdraw as counsel for Lake Forest and French.

3. The Court entered an Order on January 31, 2008 generally continuing the Motion to Withdraw.

4. Lake Forest and French now desire to have Martin J. Bishop and Daniel A. Dingerson of Foley & Lardner LLP represent them in this matter.

5. Accordingly, Lake Forest and French request that this Court grant Martin J. Bishop and Daniel A. Dingerson leave to file appearances on behalf of Lake Forest and French (a copy of the appearances are attached hereto as Exhibit A).

6. The Court's Order of January 31, 2008 also provided that Lake Forest and French were to file a responsive pleading to Plaintiff's Complaint by February 11, 2008.

7. Lake Forest and French seek leave to file their Answer, *instanter* (a proposed Answer is attached hereto as Exhibit B).

WHEREFORE, Defendants Lake Forest Partners, LLC and Christopher T. French, respectfully request that this Court enter an order granting Martin J. Bishop and Daniel A. Dingerson of Foley & Lardner LLP leave to file their appearances on behalf of Lake Forest Partners, LLC and Christopher T. French, and leave to file their Answer, *instanter*.

|  |  |
|---|---|
| Dated: February 11, 2008 | Respectfully submitted, |
|  | Defendants Lake Forest Partners, LLC, and Christopher T. French |
|  | /s/ Daniel A. Dingerson |
|  | Martin J. Bishop (No. 6269425) |
|  | Daniel A. Dingerson (No. 6282754) |
|  | Foley & Lardner LLP |
|  | 321 North Clark Street, Suite 2800 |
|  | Chicago, IL 60610-4764 |
|  | 312.832.4500 |
|  | 312.832.4700 |