## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| General John T. Chain, Jr. (USAF, Retired), ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07 C 6317 |
| ) | |
| ) | Judge Guzman |
| Lake Forest Partners, LLC, Christopher T. ) | |
| French, Albert J. Montano, and Mark D. ) | Magistrate Judge Mason |
| Weissman, M.D., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF MOTION

TO:   Jonathan M. Cyrluk, Esq.                              John M. Riccione, Esq.

PLEASE TAKE NOTICE THAT ON February 15, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel for Defendants Lake Forest Partners, LLC and Christopher T. French shall appear before the Honorable Ronald A. Guzman in Room 1219 of the United States District Courthouse for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present Defendants Lake Forest Partners, LLC's and Christopher T. French's Motion for Leave to Appear and to file their Answer, *Instanter*, a copy of which has been served on you electronically by the CM/ECF system.

Dated: February 11, 2008　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　Defendants Lake Forest Partners, LLC, and
　　　　　　　　　　　　　　　　　　　　Christopher T. French


　　　　　　　　　　　　　　　　　　　　/s/ Daniel A. Dingerson
　　　　　　　　　　　　　　　　　　　　Martin J. Bishop (No. 6269425)
　　　　　　　　　　　　　　　　　　　　Daniel A. Dingerson (No. 6282754)
　　　　　　　　　　　　　　　　　　　　Foley & Lardner LLP
　　　　　　　　　　　　　　　　　　　　321 North Clark Street, Suite 2800
　　　　　　　　　　　　　　　　　　　　Chicago, IL 60610-4764
　　　　　　　　　　　　　　　　　　　　312.832.4500
　　　　　　　　　　　　　　　　　　　　312.832.4700