UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

John T Chain Jr
                      Plaintiff,

v.                                             Case No.: 1:07−cv−06317
                                              Honorable Ronald A. Guzman

Lake Forest Partners, LLC, et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 12, 2008:

      MINUTE entry before Judge Ronald A. Guzman :Motion by Defendants Lake Forest Partners, LLC, Christopher T. French for leave to file Appearances of Counsel Martin J. Bishop and Daniel A. Dingerson of Foley & Lardner LLP and their Answer, Instanter [33] is granted. Motion by Defendants Lake Forest Partners, LLC, Christopher T. French to withdraw as counsel John M. Riccione, Paul A. Greenberg, and Jillian S. Cole of Aronberg Goldgehn Davis & Garmisa [28] is granted. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.