U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

General John T. Chain, Jr. (USAF, Retired)
v.
Lake Forest Partners, LLC, Christopher T. French, Albert J. Montano, and Mark D. Weissman, M.D.

Case Number: 07 C 6317

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Lake Forest Partners, LLC, and Christopher T. French, Defendants

FILED
Feb 12 2008
FEB 12 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print) Martin J. Bishop | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) s/ Martin J. Bishop | |
| FIRM Foley & Lardner, LLP | |
| STREET ADDRESS 321 North Clark Street, Suite 2800 | |
| CITY/STATE/ZIP Chicago, IL 60610 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) 6269425 | TELEPHONE NUMBER (312) 832-4500 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |