# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| General John T. Chain, Jr. (USAF, Retired),  )<br>  )<br>   Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>Lake Forest Partners, LLC, Christopher T. )<br>French, Albert J. Montano, and Mark D. )<br>Weissman, M.D., )<br>  )<br>   Defendants. )<br>  ) | Case No. 07 C 6317<br><br>Judge Guzman<br><br>Magistrate Judge Mason |

## **MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**

  Martin J. Bishop and Daniel A. Dingerson of Foley & Lardner LLP ("Counsel"), pursuant to Local Rule 83.17, respectfully move this Court for leave to withdraw their appearances as counsel of record for Defendants Lake Forest Partners, LLC ("Lake Forest") and Christopher T. French ("French"). In support of their motion, Counsel states as follows:

  1. Due to a lack of cooperation from Lake Forest and French, and the failure by Lake Forest and French to comply with the terms of Foley & Lardner LLP's representation, Counsel requests this Court's permission to withdraw their appearances and cease and desist their representation of Lake Forest and French in this action.

  2. Counsel has notified French and Lake Forest (through French) of its intention to seek leave to withdraw as counsel in this action via numerous e-mails and telephone calls beginning on March 13, 2008.

  3. Counsel has notified Lake Forest and French of this motion by sending, via e-mail and overnight mail, a copy of this motion to the following addresses:

Lake Forest Partners, LLC
249 Market Square
Lake Forest, IL 60045

Christopher T. French
739 Timber Ridge
Fontana, WI 53125.

4. Counsel has advised Lake Forest and French of all pending deadlines in this case.

WHEREFORE, Martin J. Bishop and Daniel A. Dingerson of Foley & Lardner LLP respectfully request that this Court enter an order:

a. granting Martin J. Bishop and Daniel A. Dingerson leave to withdraw their appearances as counsel of record for Lake Forest and French; and

b. providing any and all other and further relief as this Court deems just and proper.

Dated: March 18, 2008                                   Respectfully submitted,


                                                        /s/ Daniel A. Dingerson
                                                        Martin J. Bishop (No. 6269425)
                                                        Daniel A. Dingerson (No. 6282754)
                                                        Foley & Lardner LLP
                                                        321 North Clark Street, Suite 2800
                                                        Chicago, IL 60610-4764
                                                        312.832.4500
                                                        312.832.4700

                                                        *Attorneys for Defendants Lake Forest
                                                        Partners, LLC, and Christopher T. French*