UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| General John T. Chain, Jr. (USAF, Retired),  )<br>)<br>Plaintiff,  )<br>)<br>vs.  )<br>)<br>Lake Forest Partners, LLC, Christopher T.  )<br>French, Albert J. Montano, and Mark D.  )<br>Weissman, M.D.,  )<br>)<br>Defendants.  )<br>) | Case No. 07 C 6317<br><br>Judge Guzman<br><br>Magistrate Judge Mason |

**NOTICE OF MOTION**

TO:  Jonathan M. Cyrluk, Esq.   Lake Forest Partners, LLC   Christopher T. French
       249 Market Square              739 Timber Ridge
       Lake Forest, IL 60045          Fontanta, WI 53125

Mark D. Weissman            Albert J. Montano
3238 North Lakewood         1230 Park Avenue West
Chicago, IL 60657           Highland Park, IL 60035

PLEASE TAKE NOTICE THAT ON March 20, 2008 at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned counsel for Defendants Lake Forest Partners, LLC and Christopher T. French shall appear before the Honorable Ronald A. Guzman in Room 1219 of the United States District Courthouse for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois 60604, and then and there present Martin J. Bishop and Daniel A. Dingerson's *Motion for Leave to Withdraw as Counsel*, a copy of which has been served on you as set forth in the attached certificate of service.

CHIC_1827012.2

Dated:  March 18, 2008 Respectfully submitted,

/s/ Daniel A. Dingerson
Martin J. Bishop (No. 6269425)
Daniel A. Dingerson (No. 6282754)
Foley & Lardner LLP
321 North Clark Street, Suite 2800
Chicago, IL 60610-4764
312.832.4500
312.832.4700

*Attorneys for Defendants Lake Forest Partners, LLC, and Christopher T. French*

2