**CERTIFICATE OF SERVICE**

The undersigned certifies that on March 18, 2008, a copy of the foregoing *Motion for Leave to Withdraw as Counsel* was filed with the United States District Court for the Northern District of Illinois' CM/ECF system and, in turn, served upon counsel of record by the CM/ECF system. Further, a copy of the foregoing *Motion for Leave to Withdraw as Counsel* was served upon the each of the Defendants as follows:

**Via Overnight Mail and E-Mail**

Lake Forest Partners, LLC
249 Market Square
Lake Forest, IL 60045
chotels@aol.com

Christopher T. French
739 Timber Ridge
Fontana, WI 53125
chotels@aol.com

**Via Overnight Mail**

Mark D. Weissman
3238 North Lakewood
Chicago, IL 60657

Albert J. Montano
1230 Park Avenue West
Highland Park, IL 60035

/s/ Daniel A. Dingerson
Daniel A. Dingerson

CHIC_1827012.2