**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

John T Chain Jr
                                        Plaintiff,

v.                                                                   Case No.: 1:07−cv−06317
                                                                 Honorable Ronald A. Guzman

Lake Forest Partners, LLC, et al.
                                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, March 20, 2008:

      MINUTE entry before Judge Honorable Ronald A. Guzman:Minute entry dated 3/20/08 document number [45] is corrected as follows: Motion hearing held on 3/20/2008 regarding motion by counsel for Defendants Lake Forest Partners, LLC, Christopher T. French to withdraw as attorney (Dingerson, Daniel) 42 and continued to 4/3/2008 at 09:00 AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.