UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| General John T. Chain, Jr. (USAF, Retired), ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Lake Forest Partners, LLC, Christopher T. ) <br> French, Albert J. Montano, and Mark D. ) <br> Weissman, M.D., ) <br> ) <br> Defendants. ) <br> ) | Case No. 07 C 6317 <br><br> Judge Guzman <br><br> Magistrate Judge Mason |

## NOTICE OF FILING

TO:  Jonathan M. Cyrluk, Esq.        Lake Forest Partners, LLC        Christopher T. French
     Henry M. Baskerville, Esq.      249 Market Square                 739 Timber Ridge
                                     Lake Forest, IL 60045             Fontanta, WI 53125

                                     Albert J. Montano                 Mark D. Weissman
                                     1230 Park Avenue West             3238 North Lakewood
                                     Highland Park, IL 60035           Chicago, IL 60657

PLEASE TAKE NOTICE that on March 21, 2008 the undersigned counsel for Defendants Lake Forest Partners, LLC and Christopher T. French filed their letter to Defendants Lake Forest Partners, LLC and Christopher T. French dated March 21, 2008, with the United States District for the Northern District of Illinois, a copy of which has been served on you as set forth in the attached certificate of service.

CHIC_2379871.1

Dated:  March 21, 2008					Respectfully submitted,


							/s/ Daniel A. Dingerson
							Martin J. Bishop (No. 6269425)
							Daniel A. Dingerson (No. 6282754)
							Foley & Lardner LLP
							321 North Clark Street, Suite 2800
							Chicago, IL 60610-4764
							312.832.4500
							312.832.4700

							*Attorneys for Defendants Lake Forest*
							*Partners, LLC, and Christopher T. French*