

**FOLEY & LARDNER LLP**

ATTORNEYS AT LAW
321 NORTH CLARK STREET, SUITE 2800
CHICAGO, IL 60610-4764
312.832.4500 TEL
312.832.4700 FAX
foley.com

March 21, 2008

WRITER'S DIRECT LINE
312.832.5154
mbishop@foley.com EMAIL

CLIENT/MATTER NUMBER
091963-0101

<u>VIA U.S. MAIL</u>

Mr. Christopher T. French
739 Timber Ridge
Fontana, WI 53125

Lake Forest Partners, LLC
c/o Mr. Christopher T. French,
as its sole Managing Member
249 Market Square
Lake Forest, IL 60045

    Re: **Gen. Chain v. Lake Forest Partners, LLC, et al.,**
      **Northern District of Illinois, Case No. 07 C 6317**

Dear Mr. French:

  As we have previously discussed, Foley & Lardner LLP has terminated its representation of Lake Forest Partners, LLC ("Lake Forest") and you, Christopher T. French ("You" or "French"), personally. To that end, we appeared in Court yesterday, March 20, 2008 on a Motion for Leave to Withdraw as Counsel (the "Motion") in the above-captioned case (the "Case"). The Court continued the Motion to April 3, 2008 at 9:00 A.M., but indicated that the Motion would be granted subsequent to us providing you, personally and as Lake Forest's representative, with this letter as additional notice of the Case proceedings, and the potential consequences of the Case moving forward with Lake Forest and You unrepresented by counsel.

  As we have discussed, the Plaintiff has issued Interrogatories, Requests for the Production of Documents, and Requests for Admissions (collectively, the "Discovery Requests"), which remain pending and require responses by April 9, 2008 (you have received copies of these documents previously). It is important that you respond timely to all of the pending Discovery Requests. Of particular importance are the pending Requests for Admissions which, if you fail to respond to by April 9, 2008, could result in all of the requests being deemed admitted, thus greatly impairing your defense in this case. In no uncertain terms, the Court has stated that regardless of whether Defendants are represented by counsel, there will be no extensions of time to respond to any pending discovery, nor will there be an extension of the discovery schedule currently in effect. The approaching deadlines regarding discovery and the Court's decision to maintain the current discovery schedule makes it imperative that you immediately retain other counsel.

  I will continue to keep you apprised of the status of the pending Motion and with regard to any other proceedings in the case. However, if the Court grants the Motion, Foley &

BOSTON  JACKSONVILLE  NEW YORK  SAN FRANCISCO  TOKYO
BRUSSELS  LOS ANGELES  ORLANDO  SHANGHAI  WASHINGTON, D.C.
CENTURY CITY  MADISON  SACRAMENTO  SILICON VALLEY
CHICAGO  MIAMI  SAN DIEGO  TALLAHASSEE
DETROIT  MILWAUKEE  SAN DIEGO/DEL MAR  TAMPA

CHIC_2379456.2



**FOLEY & LARDNER LLP**

Mr. Christopher T. French
March 21, 2008
Page 2

Lardner LLP will no longer be involved and will not be able to provide continued updates regarding the Case proceedings. To best protect your interests and those of Lake Forest in this Case, I strongly encourage you to retain other counsel to appear on behalf of Lake Forest and You as soon as possible. Regardless, the Court has ordered that you appear at the next status hearing, April 3, 2008 at 9:00 A.M., either in person or through newly-retained counsel.

Please do not hesitate to contact me with any questions or concerns.

Sincerely,

Martin J. Bishop

cc:  Hon. Ronald A. Guzman,
     U.S. District Court for the Northern District of Illinois

CHIC_2379456.2