# CERTIFICATE OF SERVICE

The undersigned certifies that on March 21, 2008, a copy of the foregoing *letter to Defendants Lake Forest Partners, LLC and Christopher T. French dated March 21, 2008*, was filed with the United States District Court for the Northern District of Illinois' CM/ECF system and, in turn, served upon counsel of record by the CM/ECF system. Further, a copy of the foregoing *letter to Defendants Lake Forest Partners, LLC and Christopher T. French dated March 21, 2008*, was served upon the each of the Defendants via first class U.S. mail, postage properly prepaid, from 321 North Clark Street, Chicago, Illinois to the following addresses:

>Lake Forest Partners, LLC
>249 Market Square
>Lake Forest, IL 60045
>
>Christopher T. French
>739 Timber Ridge
>Fontana, WI 53125
>
>Mark D. Weissman
>3238 North Lakewood
>Chicago, IL 60657
>
>Albert J. Montano
>1230 Park Avenue West
>Highland Park, IL 60035

>/s/ Daniel A. Dingerson
>Daniel A. Dingerson

CHIC_2379871.1