## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

| | |
|---|---|
| GENERAL JOHN T. CHAIN, JR. (USAF, Retired),<br>　　　　　　Plaintiff,<br>v.<br><br>LAKE FOREST PARTNERS, LLC,<br>a Nevada Corporation; CHRISTOPHER T. FRENCH<br>ALBERT J. MONTANO and<br>MARK WEISSMAN, M.D.,<br><br>　　　　　　Defendants. | 07-C-6317<br><br><br><br>Hon. Ronald A. Guzman |

**AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR: ALBERT MONTANO.**

| |
|---|
| NAME (Type or print)<br><br>Louis D. Bernstein |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br><br>/s/ Louis D. Bernstein |
| FIRM<br>Much Shelist Denenberg Ament & Rubenstein, P.C. |
| STREET ADDRESS<br>191 North Wacker Drive, Suite 1800 |
| CITY/STATE/ZIP<br>Chicago, Illinois  60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br><br>6192379 | TELEPHONE NUMBER<br><br>(312) 521-2000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |

| | | |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |

| | | |
|---|---|---|
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |

| | | |
|---|---|---|
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐　　　　APPOINTED COUNSEL ☐ |