## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
### Eastern Division

John T Chain Jr
                                   Plaintiff,

v.                                                     Case No.: 1:07−cv−06317
                                                     Honorable Ronald A. Guzman

Lake Forest Partners, LLC, et al.
                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 3, 2008:

      MINUTE entry before Judge Honorable Ronald A. Guzman:Motion hearing held on 4/3/2008. Motion by counsel for Defendants Lake Forest Partners, LLC, Christopher T. French to withdraw as attorney Martin J. Bishop and Daniel A. Dingerson [42]is granted. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.