# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| GENERAL JOHN T. CHAIN, JR. (USAF, Retired), | ) ) ) | |
| Plaintiff, | ) ) | Case No.  07 C 6317 |
| v. | ) ) | Honorable Ronald A. Guzman |
| LAKE FOREST PARTNERS, LLC, a Nevada Corporation; CHRISTOPHER T. FRENCH, ALBERT J. MONTANO and MARK D. WEISSMAN, M.D., | ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

TO:   See attached Service List.

PLEASE TAKE NOTICE that on Thursday, April 17, 2008, at 9:30 a.m., we shall appear before the Honorable Ronald A. Guzman, in Room 1219 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and present the attached Plaintiff's **Motion for Default Judgment Against Defendant Lake Forest Partners, LLC**, a copy of which is hereby served upon you.

## CERTIFICATE OF SERVICE

I, Jonathan M. Cyrluk, an attorney, certify that I caused a copy of this Notice of Motion, with the attached Plaintiff's **Motion for Default Judgment Against Defendant Lake Forest Partners, LLC,** to be filed with the Clerk of the Court and served via the Court's CM/ECF system or as otherwise indicated on the attached service list, this 14th day of April, 2008.

By:   /s/ Jonathan M. Cyrluk
One of its Attorneys

Jonathan M. Cyrluk
Mariah E. Moran
Henry M. Baskerville
STETLER & DUFFY, LTD.
11 South LaSalle Street, Suite 1200
Chicago, Illinois  60603
Phone: 312-338-0200
Fax:   312-338-0070
cyrlukj@stetleranduffy.com
mmoran@stetleranduffy.com
hbasker@stetleranduffy.com

**SERVICE LIST**

**Via CM/ECF**

Louis David Bernstein
Lorne Todd Saeks
Much Shelist
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
lbernstein@muchshelist.com
lsaeks@muchshelist.com
*Attorneys for Defendant Albert J. Montano*


**Via Federal Express Priority Overnight Mail**

Lake Forest Partners, LLC
c/o Mr. Christopher French, Sole Managing Member
249 Market Square
Lake Forest, IL 60045

Christopher French
739 Timber Ridge
Fontana, WI 53125

Scott Weissman
3238 North Lakewood
Chicago, IL 60657