# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>GENERAL JOHN T. CHAIN, JR.<br>(USAF, Retired),<br><br>　　　　　　　　　　　　Plaintiff,<br>v.<br>LAKE FOREST PARTNERS, LLC,<br>a Nevada Corporation; CHRISTOPHER<br>T. FRENCH, ALBERT J. MONTANO<br>and MARK D. WEISSMAN, M.D.,<br><br>　　　　　　　　　　　　Defendants. | Case Number: 07 C 6317 |

**AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:**
LAKE FOREST PARTNERS, LLC

| NAME (Type or print) |
|---|
| Lorne T. Saeks |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ Lorne T. Saeks |
| FIRM |
| MUCH SHELIST DENENBERG AMENT & RUBENSTEIN, P.C. |
| STREET ADDRESS |
| 191 North Wacker Drive, Suite 1800 |
| CITY/STATE/ZIP |
| Chicago, Illinois  60606-1615 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6207595 | (312) 521-2000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |

| | | |
|---|---|---|
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐　　　APPOINTED COUNSEL ☐