## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| | |
|---|---|
| In the Matter of<br>GENERAL JOHN T. CHAIN, JR.<br>(USAF, Retired), | Case Number:  07 C 6317 |
| Plaintiff, | |
| v.<br>LAKE FOREST PARTNERS, LLC,<br>a Nevada Corporation; CHRISTOPHER<br>T. FRENCH, ALBERT J. MONTANO<br>and MARK D. WEISSMAN, M.D., | |
| Defendants. | |

**AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:**
CHRISTOPHER T. FRENCH

| |
|---|
| NAME (Type or print)<br><br>Christopher J. Petelle |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br><br>/s/ Christopher J. Petelle |
| FIRM<br><br>MUCH SHELIST DENENBERG AMENT & RUBENSTEIN, P.C. |
| STREET ADDRESS<br><br>191 North Wacker Drive, Suite 1800 |
| CITY/STATE/ZIP<br><br>Chicago, Illinois  60606-1615 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br><br>6287082 | TELEPHONE NUMBER<br><br>(312) 521-2000 |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐        NO  X |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐        NO  X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X       NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X    NO ☐ |

| |
|---|
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL  ☐         APPOINTED COUNSEL  ☐ |