# Exhibit 7

# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
### Eastern Division

John T Chain Jr
                              Plaintiff,

v.                                                                Case No.: 1:07−cv−06317
                                                              Honorable Ronald A. Guzman

Lake Forest Partners, LLC, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 17, 2008:

      MINUTE entry before Judge Honorable Ronald A. Guzman: Motion hearing held on 4/17/2008. Motion by Plaintiff John T Chain, Jr for default judgment as to Defendant Lake Forest, LLC [52] is denied. Request for admissions to be answered by 4/18/08. Response to motion for judgment on pleadings by 5/1/08. Reply by 5/15/08. Ruling to be by mail. Discovery to be answered by 5/19/08. All objections are deemed waived. Status hearing set for 6/18/2008 at 09:30 AM.Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.