# Exhibit 10

UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − **CM/ECF LIVE, Ver 3.0**
Eastern Division

John T Chain Jr
                                Plaintiff,

v.                                                        Case No.: 1:07−cv−06317
                                                          Honorable Ronald A. Guzman

Lake Forest Partners, LLC, et al.
                                Defendant.


**NOTIFICATION OF DOCKET ENTRY**


This docket entry was made by the Clerk on Thursday, January 3, 2008:

        MINUTE entry before Judge Ronald A. Guzman :MOTION by Plaintiff John T Chain, Jr for summary judgment [22] is denied without prejudice.Mailed notice(cjg, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.