**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **GENERAL JOHN T. CHAIN, JR.,** (USAF, Retired), | ) ) ) | |
| Plaintiff, | ) ) | Case No. 07 C 6317 |
| v. | ) ) | Honorable Ronald A. Guzman |
| **LAKE FOREST PARTNERS, LLC,** A Nevada Corporation; **CHRISTOPHER T. FRENCH, ALBERT J. MONTANO** and **MARK D. WEISSMAN, M.D.,** | ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF MOTION**

To:   Jon M. Cyrluk
      Mariah E. Moran
      Stetler & Duffy
      11 S. LaSalle Street, Suite 1200
      Chicago, IL 60603

Please take notice that on Tuesday, May 27, 2008 at 9:30 a.m., I shall appear before the Honorable Ronald A. Guzman, Everett McKinley Dirksen Building, Room 1219, Chicago, Illinois 60604, and then and there present **LAKE FOREST PARTNERS, LLC AND CHRISTOPHER T. FRENCH'S MOTION TO RE-CHARACTERIZE REPLY**, a copy of which is hereby served upon you.

                              **LAKE FOREST PARTNERS, LLC AND**
                              **CHRISTOPHER T. FRENCH**

                              By:   /s/ Christopher J. Petelle
                                         One of Their Attorneys

Louis D. Bernstein
Lorne T. Saeks
Christopher J. Petelle
**Much Shelist Denenberg**
  **Ament & Rubenstein, P.C.**
191 N. Wacker Dr., Suite 1800
Chicago, IL  60606
(312) 521-2000

**CERTIFICATE OF SERVICE**

      I, Christopher J. Petelle, an attorney, certify that on May 20, 2008, I caused **LAKE FOREST PARTNERS, LLC AND CHRISTOPHER T. FRENCH'S MOTION TO RE-CHARACTERIZE REPLY** to be electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following recipients:

Jon M. Cyrluk
Mariah E. Moran
Stetler & Duffy
11 S. LaSalle Street, Suite 1200
Chicago, IL 60603


/s/ Christopher J. Petelle