# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **GENERAL JOHN T. CHAIN, JR.** ) | | |
| **(USAF, Retired),** ) | | |
|  ) | | |
| **Plaintiff,** ) | | Case No.  07 C 6317 |
|  ) | | |
| v. ) | | Honorable Ronald A. Guzman |
|  ) | | |
| **LAKE FOREST PARTNERS, LLC, et al.,** ) | | |
|  ) | | |
| **Defendants.** ) | | |

## NOTICE OF MOTION

TO:   See attached Service List.

     PLEASE TAKE NOTICE that on Wednesday, June 18, 2008, at 9:30 a.m., we shall appear before the Honorable Ronald A. Guzman, in Room 1219 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and present the attached Plaintiff's Motion to Compel Compliance With the Court's April 17, 2008 Order, copies of which is hereby served upon you.

Dated: June 16, 2008                    Respectfully submitted,

                                        GENERAL JOHN T. CHAIN, JR.


                                  By:   /s/ Henry M. Baskerville
Jonathan M. Cyrluk                            One of His Attorneys
Mariah E. Moran
Henry M. Baskerville
STETLER & DUFFY, LTD.
11 South LaSalle Street, Suite 1200
Chicago, Illinois  60603
Phone: 312-338-0200
Fax:   312-338-0070
jcyrluk@stetleranduffy.com
mmoran@stetleranduffy.com
hbasker@stetleranduffy.com

**CERTIFICATE OF SERVICE**

      I, Henry Baskerville, an attorney, certify that I caused a copy of this Notice of Motion and Motion to Compel Compliance with Court Order to be filed with the Clerk of the Court and served via the Court's CM/ECF system or as otherwise indicated on the parties listed below, this 16th day of June, 2008.

| | |
|---|---|
| Lorne Saeks | Paul A. Greenberg |
| Christopher J. Petelle | Jillian Stacey Cole |
| Much Shelist Denenberg | Aronberg Goldgehn |
| Ament and Rubenstein, P.C. | 330 North Wabash Ave. |
| 191 North Wacker Drive | Suite 1700 |
| Suite 1800 | Chicago, Illinois 60611 |
| Chicago, IL 60606 | |

    /s/ Henry M. Baskerville