## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1
### Eastern Division

John T Chain Jr

                                 Plaintiff,

v.                                                             Case No.: 1:07−cv−06317
                                                             Honorable Ronald A. Guzman

Lake Forest Partners, LLC, et al.

                                 Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 18, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman:Status hearing held on 6/18/2008. Motion hearing held on 6/18/2008 regarding motion to compel[68] and motion is to be re−noticed to a motion hearing date next week. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.