## THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| **GENERAL JOHN T. CHAIN, JR.** )<br>**(USAF, Retired),** )<br>  )<br>  Plaintiff, )<br>  )<br>v. )<br>  )<br>**LAKE FOREST PARTNERS, LLC, et al.,** )<br>  )<br>  Defendants. ) | Case No.  07 C 6317<br><br>Honorable Ronald A. Guzman |

### NOTICE OF MOTION

TO:   See attached Service List.

   PLEASE TAKE NOTICE that on Tuesday, July 15, 2008, at 9:30 a.m., we shall appear before the Honorable Ronald A. Guzman, in Room 1219 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and present the attached Plaintiff's **Motion to Compel Production of Documents and Prohibit Interference**, copies of which is hereby served upon you.

Dated: July 8, 2008                     Respectfully submitted,

                         GENERAL JOHN T. CHAIN, JR.


                         By:   /s/ Henry M. Baskerville
Jonathan M. Cyrluk                 One of His Attorneys
Henry M. Baskerville
STETLER & DUFFY, LTD.
11 South LaSalle Street, Suite 1200
Chicago, Illinois  60603
Phone: 312-338-0200
Fax:    312-338-0070
jcyrluk@stetleranduffy.com
hbasker@stetleranduffy.com

**CERTIFICATE OF SERVICE**

      I, Henry Baskerville, an attorney, certify that I caused a copy of this **Notice of Motion to Compel Production of Documents and Prohibit Interference** to be filed with the Clerk of the Court and served via the Court's CM/ECF system or as otherwise indicated on the parties listed below, this 8th day of July, 2008.

| | |
|---|---|
| Lorne Saeks | Royal Island, LLC and Duane Truitt |
| Christopher J. Petelle | c/o Frank X. Sexton, Jr. |
| Much Shelist Denenberg | Concepcion, Sexton & Martinez |
| Ament and Rubenstein, P.C. | 355 Alhambra Circle, Suite 1250 |
| 191 North Wacker Drive, Suite 1800 | Coral Gables, Florida 33134 |
| Chicago, IL 60606 | fsexton@cfclaw.com |
| *Via CM/ECF* | *Via First Class Mail and Email* |

          /s/ Henry M. Baskerville