## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
#### Eastern Division

John T Chain Jr

                Plaintiff,

v.                                  Case No.: 1:07−cv−06317
                                  Honorable Ronald A. Guzman

Lake Forest Partners, LLC, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 15, 2008:

      MINUTE entry before the Honorable Ronald A. Guzman: Motion hearing held on 7/15/2008. Motion by Plaintiff to compel [68] is withdrawn. Motion by Plaintiff to compel Production of Documents and Prohibit Interference l [71] is granted as stated in open court. Status hearing held on 7/15/2008. Status hearing set for 8/27/2008 at 09:30 AM. Mailed notice(cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.